**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mark Charles Kaufmann<br>Erin Lynne Kaufmann fka Erin Lynne Miller<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 15-22867 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3801

                                                 Respectfully submitted,

                                                **/s/ Joshua I. Goldman, Esquire**
                                                Joshua I. Goldman, Esquire
                                                jgoldman@kmllawgroup.com
                                                Attorney I.D. No. 205047
                                                KML Law Group, P.C.
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                Phone: 215-825-6306
                                                Fax: 215-825-6406
                                                Attorney for Movant/Applicant