Case 15-22867-GLT    Doc 72    Filed 09/03/16    Entered 09/04/16 01:02:36    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
2016 SEP 1 A 11:31
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>MARK CHARLES KAUFMANN, and<br>ERIN LYNNE KAUFMANN, f/k/a<br>ERIN LYNNE MILLER,<br>　　　　Debtors, | )<br>)<br>)　Bankruptcy No. 15-22867<br>)<br>)　Chapter 13<br>) |
| _____ | )　Document No.<br>) |
| MARK CHARLES KAUFMANN,<br>　　　　Movant,<br><br>　　-vs-<br><br>PPG INDUSTRIES, INC.,<br>　　　　Respondent. | )　Related to Doc. No. 67<br>)<br>)　Motion No. WO-1<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER TO PAY TRUSTEE PURSUANT TO FIRST AMENDED WAGE ATTACHMENT

　　　AND NOW, to wit, this 1st Day of September, 2016, upon motion of Matthew R. Schimizzi, Esquire, counsel for the Debtor, and after consideration of the within Motion for Amended Wage Attachment;

　　　IT IS HEREBY ORDERED and DECREED that Debtor's employer, **PPG Industries, Inc.**, shall increase the amount deducted from Debtor's income by **$7.00**, so that the total amount deducted from Debtor's income is **$2,451.00 monthly** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sum ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. BOX 84051
CHICAGO, IL 60689-4002

　　　IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

　　　IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number on the above-named entity. Debtor shall file a certificate of

service regarding service of this Order and local form, but the Social Security number shall not be included on the certificate.

 IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, repayment of retirement loans or union dues shall be paid to the Debtor in accordance with usual payment procedures.

 IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

 IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

 IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

 IT IS FURTHER ORDERED that the Debtors shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within 30 days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and other who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtors and this estate.

         BY THE COURT:

        _____, J.
        United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Charles Kaufmann
Erin Lynne Kaufmann
     Debtors

Case No. 15-22867-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut     Page 1 of 1     Date Rcvd: Sep 01, 2016
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.
db/jdb         Mark Charles Kaufmann,    Erin Lynne Kaufmann,    142 Chapel View Drive,
           Greensburg, PA 15601-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,
          bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Matthew R. Schimizzi    on behalf of Debtor Mark Charles Kaufmann mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Matthew R. Schimizzi    on behalf of Joint Debtor Erin Lynne Kaufmann mrs@schimizzilaw.com,
          G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                         TOTAL: 6