IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| MARK CHARLES KAUFMANN, and | ) | |
| ERIN LYNNE KAUFMANN, f/k/a | ) | Bankruptcy No.  15-22867-GLT |
| ERIN LYNNE MILLER, | ) | |
| Debtors, | ) | Chapter 13 |
| | ) | |
| _____ | ) | Document No. |
| | ) | |
| MARK CHARLES KAUFMANN, | ) | Related to Doc. No. 69 |
| Movant, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| PPG INDUSTRIES, INC., | ) | |
| Respondent. | ) | |

CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that true and correct copies of the **Order to Pay Trustee Pursuant to First Amended Wage Attachment dated September 1, 2016** and **Notification of Debtor's Social Security Number** were served on the party at the address set forth below by U.S. Regular Mail sent on 1st day of September, 2016:

> PPG Industries, Inc.
> Attention:  Payroll Department
> One PPG Place, 4th Floor
> Pittsburgh, PA 15272

Respectfully submitted:

Dated:  September 1, 2016          SCHIMIZZI LAW, LLC

By:     /s/ Matthew R. Schimizzi
        Matthew R. Schimizzi, Esquire
        Attorney for Debtors
        Pa. I.D.: 307432

        Keystone Commons
        35 West Pittsburgh Street
        Greensburg, PA 15601
        Phone:  (724) 838 – 9722
        Fax:     (724) 837 – 7868
        Email:  mrs@schimizzilaw.com