IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| MARK CHARLES KAUFMANN, and ) | |
| ERIN LYNNE KAUFMANN, f/k/a ) | |
| ERIN LYNNE MILLER, ) | |
|     Debtors ) | Bankruptcy No.  15-22867-GLT |
| ) | |
| _____ ) | Chapter 13 |
| ) | |
| MARK CHARLES KAUFMANN, ) | Document No. |
|     Movant ) | |
| ) | Related to Doc. No. 79 |
| -vs- ) | |
| ) | |
| PPG INDUSTRIES, INC., ) | |
|     Respondent ) | |

## CERTIFICATE OF SERVICE

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order To Pay Trustee Pursuant To Wage Attachment filed on October 20, 2016,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. Regular Mail sent on October 21, 2016:

**PPG Industries, Inc.
ATTN:  Payroll Department
One PPG Place – 4th Floor
Pittsburgh, PA  15272**

Respectfully submitted:

SCHIMIZZI LAW ASSOCIATES

Dated: October 21, 2016

By:  */s/ Matthew R. Schimizzi*
Matthew R. Schimizzi, Esquire
Attorney for Debtor
Pa. I.D.: 307432
Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838 – 9722
Fax:    (724) 837 – 7868
Email: mrs@schimizzilaw.com