FILED
1/24/17 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>MARK CHARLES KAUFMANN, and )<br>ERIN LYNNE KAUFMANN, f/k/a )<br>ERIN LYNNE MILLER, )<br>      Debtors. )<br>)<br>_____ )<br>)<br>MARK CHARLES KAUFMANN, )<br>      Movant, )<br>)<br>    -vs- )<br>)<br>PPG INDUSTRIES, INC., )<br>      Respondent. ) | Bankruptcy No. 15-22867-GLT<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. 79 |

## ORDER OF COURT

AND NOW, to wit, this 24th Day of January, 2017, upon consideration of Debtor's Motion to Terminate Wage Attachment, IT IS HEREBY ORDERED, ADJUDGED and DECREED that,

**PPG INDUSTRIES, INC.**
**Attn: Payroll Department**
**One PPG Place – 4th Floor**
**Pittsburgh, PA 15272**

is hereby ordered to immediately **TERMINATE** the attachment of the wages of Mark Charles Kaufmann, social security number XXX-XX-0044. No future payments are to be sent to Ronda J. Winnecour, Trustee, on behalf of Mark Charles Kaufmann.

    Order prepared by: Matthew R. Schimizzi, Esquire

BY THE COURT:

_____
Gregory L. Taddonio,    drb
United States Bankruptcy Judge

Case Administrator to Serve: Debtor, Counsel for Debtor and Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Charles Kaufmann
Erin Lynne Kaufmann
    Debtors

Case No. 15-22867-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Jan 24, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2017.
db/jdb         Mark Charles Kaufmann,    Erin Lynne Kaufmann,    142 Chapel View Drive,    Greensburg, PA  15601-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2017 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         Matthew R. Schimizzi    on behalf of Debtor Mark Charles Kaufmann mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Matthew R. Schimizzi    on behalf of Joint Debtor Erin Lynne Kaufmann mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                   TOTAL: 8