IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: MARK CHARLES KAUFMANN and ERIN LYNNE KAUFMANN, f/k/a ERIN LYNNE MILLER, <br>     Debtors <br> _____ <br> MARK CHARLES KAUFMANN, <br>     Movant <br>     -vs- <br> PPG INDUSTRIES, INC., <br>     Respondent | Bankruptcy No.: 15-22867-GLT <br><br> Chapter 13 <br><br> Document No.: <br><br> Related to Doc. No.: 85 |

**CERTIFICATE OF SERVICE**

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order of Court** filed on January 24, 2017, and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. Regular Mail sent on January 26, 2017:

> PPG INDUSTRIES, INC.
> ATTN: Payroll department
> One PPG Place – 4th Floor
> Pittsburgh, PA   15272

Respectfully submitted:

SCHIMIZZI LAW ASSOCIATES

Dated: January 26, 2017

By:  /s/ Matthew R. Schimizzi
Matthew R. Schimizzi, Esquire
Attorney for Debtor
Pa. I.D.: 307432

Keystone Commons
35 West Pittsburgh Street
Greensburg, PA 15601
Phone: (724) 838 – 9722
Fax:    (724) 837 – 7868
Email: mrs@schimizzilaw.com