IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  MARK CHARLES KAUFMANN and | ) | |
| ERIN LYNNE KAUFMANN, f/k/a | ) | |
| ERIN LYNNE MILLER, | ) | |
| Debtors | ) | Bankruptcy No.: 15-22867-GLT |
| | ) | |
| _____ | ) | Chapter 13 |
| | ) | |
| MARK CHARLES KAUFMANN, | ) | Document No.: |
| Movant | ) | |
| | ) | Related to Doc. No.: 86 |
| -vs- | ) | |
| | ) | |
| RESPIRONICS INC., | ) | |
| c/o PHILIPS PEOPLE SERVICES, | ) | |
| Respondent | ) | |

## CERTIFICATE OF SERVICE

    I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the **Order to Pay Trustee Pursuant to Wage Attachment** filed on January 24, 2017**,** and **Notification of Debtor's Social Security Number** were served on the following party at the following address by U.S. Regular Mail sent on January 26, 2017:

        Respironics Inc.
        c/o Philips People Services
        3000 Minuteman Road, Mail Stop 5304
        Andover, MA  01810

                Respectfully submitted:

                SCHIMIZZI LAW ASSOCIATES

Dated: <u>January 26, 2017</u>

            By:   <u>*/s/ Matthew R. Schimizzi*</u>
                Matthew R. Schimizzi, Esquire
                Attorney for Debtor
                Pa. I.D.: 307432

                Keystone Commons
                35 West Pittsburgh Street
                Greensburg, PA 15601
                Phone:  (724) 838 – 9722
                Fax:    (724) 837 – 7868
                Email:  mrs@schimizzilaw.com