**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-22867-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Mark Charles Kaufmann<br>142 Chapel View Drive<br>Greensburg PA 15601-1002 | Erin Lynne Kaufmann<br>142 Chapel View Drive<br>Greensburg PA 15601-1002 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/28/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Ally Bank, PO Box 130424, Roseville, MN 55113-0004 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/03/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark Charles Kaufmann  
Erin Lynne Kaufmann  
       Debtors

Case No. 15-22867-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: mgut   Page 1 of 1   Date Rcvd: May 01, 2017  
                          Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14093840      E-mail/Text: ally@ebn.phinsolutions.com May 02 2017 03:27:02     Ally Bank,   PO Box 130424,  
               Roseville, MN 55113-0004  
                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:  
        Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@goldbecklaw.com,  
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
        Matthew R. Schimizzi    on behalf of Debtor Mark Charles Kaufmann mrs@schimizzilaw.com,  
         G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
        Matthew R. Schimizzi    on behalf of Joint Debtor Erin Lynne Kaufmann mrs@schimizzilaw.com,  
         G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                          TOTAL: 8