**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| MARK CHARLES KAUFMANN, and ) | Case No. 15-22867-GLT |
| ERIN LYNNE KAUFMANN, f/k/a ) | |
| ERIN LYNNE MILLER, ) | Chapter 13 |
| Debtors, ) | |
| ) | Doc. No. |
| ) | |
| ) | Related to Doc. No. 99 |
| NATIONSTAR MORTGAGE, LLC, ) | |
| Movant, ) | Related to Claim No. 20 |
| ) | |
| -vs- ) | Hearing Date:  July 18, 2018 |
| ) | |
| MARK CHARLES KAUFMANN, ) | Hearing Time:  10:30 a.m. |
| ERIN LYNNE KAUFMANN, f/k/a ) | |
| ERIN LYNNE MILLER, and ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE, ) | |
| Respondents. ) | |

## NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING DEBTORS' OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE MOVANT:

You are hereby notified that the Respondent seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Respondent a response to the Motion by no later than **July 9, 2018** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Objection may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Objection to a lawyer at once.

A hearing will be held on **July 18, 2018 at 10:30 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated of Service:  June 19, 2018            /s/ Matthew R. Schimizzi
                                             Matthew R. Schimizzi, Esquire
                                             Counsel for Debtors
                                             PA I.D. 307432

                                             Keystone Commons
                                             35 W. Pittsburgh St.
                                             Greensburg, PA 15601
                                             Phone: (724) 838-9722
                                             Fax:    (724) 837-7868
                                             Email: mrs@schimizzilaw.com

Form GLT-301 (Rev. 8/9/13)