# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** ) | |
| **MARK CHARLES KAUFMANN, and** ) | Case No. 15-22867-GLT |
| **ERIN LYNNE KAUFMANN, f/k/a** ) | |
| **ERIN LYNNE MILLER,** ) | Chapter 13 |
| **Debtors,** ) | |
| ) | Doc. No. |
| ) | |
| ) | Related to Doc. No. 99 & 101 |
| **NATIONSTAR MORTGAGE, LLC,** ) | |
| **Movant,** ) | Related to Claim No. 20 |
| ) | |
| -vs- ) | Hearing Date:  July 18, 2018 |
| ) | |
| **MARK CHARLES KAUFMANN,** ) | Hearing Time:  10:30 a.m. |
| **ERIN LYNNE KAUFMANN, f/k/a** ) | |
| **ERIN LYNNE MILLER, and** ) | |
| **RONDA J. WINNECOUR, ESQ., TRUSTEE,** ) | |
| **Respondents.** ) | |

## **CERTIFICATE OF SERVICE**

I, Matthew R. Schimizzi, Esquire, certify that a true and correct copy of the Debtors' Objection to Notice of Mortgage Payment Change and Notice of Hearing and Response Deadline regarding the same were served on the following individuals *via ECF* on June 19, 2018:

| | |
|---|---|
| James C. Warmbrodt, Esquire | Ronda J. Winnecour, Esquire |
| KML Law Group, P.C. | Chapter 13 Trustee |
| BNY Mellon Independence Center | Suite 3250, USX Tower |
| 701 Market St., Ste 5000 | 600 Grant Street |
| Philadelphia, PA 19106 | Pittsburgh, PA 15219 |
| *Counsel for Nationstar Mortgage, LLC* | |

Dated:  June 19, 2018          /s/ Matthew R. Schimizzi
                               Matthew R. Schimizzi, Esquire
                               Counsel for Debtors
                               PA I.D. 307432
                               Schimizzi Law, LLC
                               Keystone Commons
                               35 W. Pittsburgh St.
                               Greensburg, PA 15601
                               Phone: (724) 838-9722
                               Fax:    (724) 837-7868
                               Email: mrs@schimizzilaw.com