# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| **MARK CHARLES KAUFMANN, and** | ) | Case No. 15-22867-GLT |
| **ERIN LYNNE KAUFMANN, f/k/a** | ) | |
| **ERIN LYNNE MILLER,** | ) | Chapter 13 |
|     **Debtors,** | ) | |
|     **Movant,** | ) | Related to Claim No. 20 |

## **DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

AND NOW, come Debtors, Mark Charles Kaufmann and Erin Lynne Kaufmann, by and through counsel, Matthew R. Schimizzi, Esquire, and Schimizzi Law, LLC, and files the following Declaration regarding the Notice of Mortgage Payment Change filed by Nationstar Mortgage, LLC (hereinafter, "Nationstar"):

    1.    Nationstar caused to be filed a Notice of Mortgage Payment Change on May 29, 2018, pursuant to which it is proposed that Debtors' new total monthly payment be increased by $6.38 to $1,727.00 as a result of an increase in the escrow payment as calculated by Nationstar.

    2.    Debtors will be directly remitting to the Chapter 13 Trustee a payment in the amount of $76.56, said payment representing the amount necessary to cover the $6.38 shortage for the next 12 months.

    3.    As a result of the anticipated payment by Debtors, their Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

                                                   Respectfully submitted:
                                                   SCHIMIZZI LAW, LLC

Dated: June 18, 2018        BY:    /s/ Matthew R. Schimizzi
                                                         Matthew R. Schimizzi, Esquire
                                                          Counsel for Debtors
                                                          PA I.D. 307432
                                                          Keystone Commons
                                                          35 W. Pittsburgh St.
                                                          Greensburg, PA 15601
                                                          Phone: (724) 838-9722
                                                          Fax:   (724) 837-7868
                                                          Email: mrs@schimizzilaw.com