Case 15-22867-GLT    Doc 107    Filed 07/19/18    Entered 07/20/18 01:20:10    Desc
Imaged Certificate of Notice    Page 1 of 2

FILED
7/17/18 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>MARK CHARLES KAUFMANN, and<br>ERIN LYNNE KAUFMANN, f/k/a<br>ERIN LYNNE MILLER,<br>    Debtors, | Case No. 15-22867-GLT<br><br>Chapter 13<br><br>Doc. No. |
| NATIONSTAR MORTGAGE, LLC,<br>    Movant, | Related to Doc. No. 99<br><br>Related to Claim No. 20 |
| -vs- | Hearing Date: July 18, 2018 |
| MARK CHARLES KAUFMANN,<br>ERIN LYNNE KAUFMANN, f/k/a<br>ERIN LYNNE MILLER, and<br>RONDA J. WINNECOUR, ESQ., TRUSTEE,<br>    Respondents. | Hearing Time: 10:30 a.m. |

## CONSENT ORDER OF COURT

AND NOW, to wit, this 17th day of July, 2018, upon consideration of Debtors' Consent Motion to Withdraw Objection to Notice of Mortgage Payment Change, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Debtors' Motion is **granted**; Debtors' Objection to Notice of Mortgage Payment Change filed at document number 99 is withdrawn. IT IS FURTHER ORDERED that the hearing on Debtors' Objection scheduled for July 18, 2018, at 10:30 is cancelled. IT IS FURTHER ORDERED that the Debtors shall file a Declaration regarding the mortgage payment change on or before July 20, 2018.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

CONSENTING:

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
Counsel for Movant
Via email on July 17, 2018

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mark Charles Kaufmann  
Erin Lynne Kaufmann  
    Debtors

Case No. 15-22867-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　User: mgut　　Page 1 of 1　　Date Rcvd: Jul 17, 2018  
　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.  
db/jdb　　　Mark Charles Kaufmann,　Erin Lynne Kaufmann,　142 Chapel View Drive, Greensburg, PA  15601-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:  
　　Andrew F Gornall    on behalf of Creditor    NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com  
　　James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
　　Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
　　Matthew R. Schimizzi    on behalf of Debtor Mark Charles Kaufmann mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com  
　　Matthew R. Schimizzi    on behalf of Joint Debtor Erin Lynne Kaufmann mrs@schimizzilaw.com, G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com  
　　Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
　　Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
　　S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8