**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/07/2020

IN RE:

MARK CHARLES KAUFMANN
ERIN LYNNE KAUFMANN
142 CHAPEL VIEW DRIVE
GREENSBURG, PA 15601
XXX-XX-0044         Debtor(s)

XXX-XX-2973

Case No.15-22867 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/7/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:1    INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.: 1644 |
| | CLAIM: 2,340.66 | |
| NORFOLK, VA  23541 | COMMENT: NO ACCT/SCH*SYNCHRONY/JCP | |
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:2    INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15212 | COMMENT: /PRAE | |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:3    INT %: 5.00% | CRED DESC: VEHICLE |
| PO BOX 12914 | Court Claim Number:2 | ACCOUNT NO.: 0177 |
| | CLAIM: 12,887.09 | |
| NORFOLK, VA  23541 | COMMENT: $/CL-PL@5%MDF/PL*FR ALLY-DOC 96 | |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** | Trustee Claim Number:4    INT %: 1.90% | CRED DESC: VEHICLE |
| PO BOX 12914 | Court Claim Number:1 | ACCOUNT NO.: 0000 |
| | CLAIM: 5,314.85 | |
| NORFOLK, VA  23541 | COMMENT: $/CL-PL@1.9%MDF/PL*FR ALLY-DOC 91 | |
| **NATIONSTAR MORTGAGE LLC(*)** | Trustee Claim Number:5    INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| PO BOX 619094 | Court Claim Number:20 | ACCOUNT NO.: 3801 |
| | CLAIM: 0.00 | |
| DALLAS, TX  75261-9741 | COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 9/15 | |
| **AFSA DATA CORP/ACS**++** | Trustee Claim Number:6    INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 501 BLEECKER ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| UTICA, NY  13501 | COMMENT: NT ADR~NO$/SCH | |
| **AFSA DATA CORP/ACS**++** | Trustee Claim Number:7    INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 501 BLEECKER ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| UTICA, NY  13501 | COMMENT: BOA~NT ADR~NO$/SCH | |
| **AFSA DATA CORP/ACS**++** | Trustee Claim Number:8    INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 501 BLEECKER ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| UTICA, NY  13501 | COMMENT: UHEAA~NT ADR~NO$/SCH | |
| **ECMC(*)** | Trustee Claim Number:9    INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:18 | ACCOUNT NO.: 2973 |
| PO BOX 16478 | | |
| | CLAIM: 101,826.95 | |
| ST PAUL, MN  55116-0478 | COMMENT: 6175/SCH*AES | |
| **CAPITAL ONE NA**** | Trustee Claim Number:10    INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:19 | ACCOUNT NO.: 5329 |
| PO BOX 3001 | | |
| | CLAIM: 2,642.42 | |
| MALVERN, PA  19355-0701 | COMMENT: NO ACCT/SCH*KOHL'S | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN** PO BOX 71083 CHARLOTTE, NC  28272-1083 | Trustee Claim Number:11  INT %: 0.00% Court Claim Number:5 CLAIM: 2,095.68 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9189 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN** PO BOX 71083 CHARLOTTE, NC  28272-1083 | Trustee Claim Number:12  INT %: 0.00% Court Claim Number:6 CLAIM: 8,944.05 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6216 |
| **JPMORGAN CHASE BANK NA** PO BOX 15298 WILMINGTON, DE  19850 | Trustee Claim Number:13  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7620 |
| **JPMORGAN CHASE BANK NA** PO BOX 15298 WILMINGTON, DE  19850 | Trustee Claim Number:14  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1642 |
| **JPMORGAN CHASE BANK NA** PO BOX 15298 WILMINGTON, DE  19850 | Trustee Claim Number:15  INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9021 |
| **ECAST SETTLEMENT CORP** POB 29262 NEW YORK, NY  10087-9262 | Trustee Claim Number:16  INT %: 0.00% Court Claim Number:12 CLAIM: 3,740.50 COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2058 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** PO BOX 12914 NORFOLK, VA  23541 | Trustee Claim Number:17  INT %: 0.00% Court Claim Number:14 CLAIM: 1,480.36 COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8332 |
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE PO BOX 2011 WARREN, MI  48090 | Trustee Claim Number:18  INT %: 0.00% Court Claim Number:15 CLAIM: 1,581.70 COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 6854 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** PO BOX 12914 NORFOLK, VA  23541 | Trustee Claim Number:19  INT %: 0.00% Court Claim Number:13 CLAIM: 3,567.38 COMMENT: NO NUM/SCH*CITIBANK/HOME DEPOT | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7226 |
| **BILL ME LATER INC A/S/F SYNCHRONY BANK** C/O WEINSTEIN & RILEY PS PO BOX 3978 SEATTLE, WA  98124-3978 | Trustee Claim Number:20  INT %: 0.00% Court Claim Number:11 CLAIM: 615.24 COMMENT: WAL MART/SCH*PAYPAL*FR COMENITY-DOC 109 | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5882 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| QUANTUM3 GROUP LLC AGNT - COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 2,775.77<br>COMMENT: LEVIN FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4309 |
| QUANTUM3 GROUP LLC AGNT - COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 1,612.40<br>COMMENT: VALUE CITY FURNITURE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9657 |
| DEBORAH BROOKS<br>10841 MARTIN DR<br>NORTH HUNTINGDON, PA 15642-4259 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| DR KEITH GJEBRE<br>510 PELLIS RD<br>GREENSBURG, PA 15601 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| NELNET<br>ATTN ACCOUNTING DEPT<br>121 SOUTH 13TH ST STE 201<br>LINCOLN, NE 68508 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: DEPT OF ED~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| ECMC(*)<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 11,719.52<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0044 |
| EXCELA HEALTH WESTMORELAND<br>134 INDUSTRIAL PARK RD<br>STE 2400<br>GREENSBURG, PA 15601 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0940 |
| FAMILY DENTISTRY<br>77 N MAIN ST<br>UNION CITY, PA 16438 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5739 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>C/O GREAT LAKES EDUCATIONAL LOAN SVCS II<br>PO BOX 790321<br>ST LOUIS, MO 63179-0321 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 7-2 | CLAIM: 16,951.02<br>COMMENT: NO ACCT/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0044 |
| LIFE CARE MEDICAL ASSOC<br>1704 PITTSBURGH ST<br>CHESWICK, PA 15024 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4009 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MEDEXPRESS**<br>325 MCCLELLANDTOWN RD<br><br>UNIONTOWN, PA 15401-5096 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3908 |
| **MILSTEIN MEDICAL GROUP INC**<br>120 VILLAGE DR<br><br>GREENSBURG, PA 15601 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MOUNT PLEASANT EMERGENCY SVC**<br>100 E MAIN ST<br><br>MOUNT PLEASANT, PA 15666 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NORDSTROM FSB**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC* - ASG<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:21-2<br>CLAIM: 9,408.57<br>COMMENT: NO ACCT/SCH*TD BANK*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3065 |
| **SUKHDEV S GROVER MD ASSOCIATES DBA LIF**<br>SLEEP CENTER OF GR PGH<br>2640 PITCAIRN RD<br><br>MONROEVILLE, PA 15146-3309 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4004 |
| **STUDENT ASSISTANCE FOUNDATION**<br>MGSLP<br>PO BOX 203101<br><br>HELENA, MT 59620 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:22<br>CLAIM: 2,748.05<br>COMMENT: NO ACCT/SCH*SYNCHRONY/LOWE'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3944 |
| **WESTMORELAND EMERGENCY MEDICAL SPEC**<br>POB 1348<br><br>INDIANA, PA 15701-1348 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0122 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br><br>GREENSBURG, PA 15601 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5917 |
| **WORLDS FOREMOST BANK**<br>POB 82609<br><br>LINCOLN, NE 68501-2609 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CABELAS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8230 |

| CLAIM RECORDS | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC(*)** <br> PO BOX 619094 <br><br> DALLAS, TX  75261-9741 | Trustee Claim Number:41  INT %:  0.00% <br> Court Claim Number:20 <br><br> CLAIM:  3,524.26 <br> COMMENT:  3500/PL*THRU 8/15 | CRED DESC:  MORTGAGE ARR. <br> ACCOUNT NO.:  3801 |
| **UNITED STATES DEPARTMENT OF EDUCATION** <br> C/O GREAT LAKES EDUCATIONAL LOAN SVCS II <br> PO BOX 790321 <br><br> ST LOUIS, MO  63179-0321 | Trustee Claim Number:42  INT %:  0.00% <br> Court Claim Number:8-2 <br><br> CLAIM:  4,380.38 <br> COMMENT:  SCH @ CID 29*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0044 |
| **UNITED STATES DEPARTMENT OF EDUCATION** <br> C/O GREAT LAKES EDUCATIONAL LOAN SVCS II <br> PO BOX 790321 <br><br> ST LOUIS, MO  63179-0321 | Trustee Claim Number:43  INT %:  0.00% <br> Court Claim Number:9-2 <br><br> CLAIM:  12,144.28 <br> COMMENT:  SCH @ CID 29*AMD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  0044 |
| **CAVALRY INVESTMENTS LLC - ASSIGNEE*** <br> PO BOX 27288 <br><br> TEMPE, AZ  85282 | Trustee Claim Number:44  INT %:  0.00% <br> Court Claim Number:10 <br><br> CLAIM:  1,656.08 <br> COMMENT:  NT/SCH*MIDFIRST/DISCOVER*STALE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7574 |