Certificate Number: 05781-PAW-DE-034848401

Bankruptcy Case Number: 15-22867



05781-PAW-DE-034848401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 3, 2020</u>, at <u>3:49</u> o'clock <u>PM PDT</u>, <u>Mark Kaufmann</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>September 4, 2020</u>          By:   <u>/s/Allison M Geving</u>

                                       Name: <u>Allison M Geving</u>

                                       Title: <u>President</u>