Certificate Number: 05781-PAW-DE-034848403

Bankruptcy Case Number: 15-22867



05781-PAW-DE-034848403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 3, 2020, at 3:49 o'clock PM PDT, Erin Kaufmann completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 4, 2020          By:   /s/Allison M Geving

                                   Name: Allison M Geving

                                   Title: President