Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mark Charles Kaufmann** : | Case No. 15−22867−GLT |
| **Erin Lynne Kaufmann** : | Chapter: 13 |
| **fka Erin Lynne Miller** : | |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | Related to Document No. 122 |
| : | |
| v. : | Hearing Date: 1/13/21 at 11:00 AM |
| **No Respondents** : | |
| *Respondent(s).* : | |
| : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 27th of October, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 122 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before December 11, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *January 13, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22867-GLT |
| Mark Charles Kaufmann | Chapter 13 |
| Erin Lynne Kaufmann | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 4 |
| Date Rcvd: Oct 27, 2020 | Form ID: 604 | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Charles Kaufmann, Erin Lynne Kaufmann, 142 Chapel View Drive, Greensburg, PA 15601-1002 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14096483 | | ACS Education Services, 501 Bleecker St, Utica, NY 13501-2401 |
| 14096484 | | ACS/Bank of America, 501 Bleecker St, Utica, NY 13501-2401 |
| 14096485 | | ACS/UHEAA, 302 Willoughby Blvd, Greensboro, NC 27408-3829 |
| 14089548 | | ADP, Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 14089549 | | AlliedInterstate, LLC, PO Box 361563, Columbus, OH 43236-1563 |
| 14128496 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14089555 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14089557 | ++ | CITIBANK, PO BOX 6030, SIOUX FALLS SD 57117-6030 address filed with court:, Citibank, N.A., PO Box 688923, Des Moines, IA 50368-8923 |
| 14096491 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citi Cards, Processing Center, Des Moines, IA 50363 |
| 14096487 | | Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14096492 | | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14096494 | | Deborah Brooks, 10841 Martin Dr, North Huntingdon, PA 15642-4259 |
| 14096495 | | Deith Gjebre, DMD, 510 Pellis Rd Ste 102, Greensburg, PA 15601-4583 |
| 14121072 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14089561 | + | ECMC, PO Box 7096P, St Paul, MN 55107 |
| 14127634 | | ECMC, PO BOX 16408, ST. PAUL MN 55116-0408 |
| 14096497 | | ECMC, PO Box 16478, Saint Paul, MN 55116-0478 |
| 14089563 | + | Excela Health Westmoreland Hospital, 532 W Pittsburgh St, Greensburg, PA 15601-2282 |
| 14089564 | | Family Dentistry, 483 Frye Farm Rd, Greensburg, PA 15601-6480 |
| 14089565 | | Fenton & McGarvey, 2401 Stanley Gault Pkwy, Louisville, KY 40223-4175 |
| 14089566 | | Great Lakes, PO Box 530229, Atlanta, GA 30353-0229 |
| 14096498 | | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 14089567 | | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14089568 | | Lifecare Medical Associates, 9102 Babcock Blvd, Pittsburgh, PA 15237-5819 |
| 14089573 | | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14089569 | | Medexpress, Medexpress Billing Attn # 7964C, PO Box 14000, Belfast, ME 04915-4033 |
| 14125779 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14089572 | | Milstein Medical Group, Inc., 120 Village Dr, Greensburg, PA 15601-3787 |
| 14141938 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 752614-9741 |
| 14089574 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14089576 | | Philips North America, 3000 Minuteman Rd, Andover, MA 01810-1032 |
| 14089579 | | SS Grover MD and Associates, 2640 Pitcairn Rd, Monroeville, PA 15146-3309 |
| 14096502 | | Student Assistance Foundation, PO Box 203101, Helena, MT 59620-3101 |
| 14115141 | + | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14089580 | | United Collection Bureau, Inc., PO Box 1418, Maumee, OH 43537-8418 |
| 14089581 | | Westmoreland Em Med Spec, PO Box 1348, Indiana, PA 15701-5348 |

District/off: 0315-2                  User: dbas                  Page 2 of 4
Date Rcvd: Oct 27, 2020            Form ID: 604            Total Noticed: 76

14089582        Westmoreland Hospital, 134 Industrial Park Rd Ste 2400, Greensburg, PA 15601-7848

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:14:12 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:20:15 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14089552 | Email/Text: legal@arsnational.com | Oct 28 2020 02:24:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 14089550 | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 14093840 | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14093845 | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14096486 | Email/Text: bky@americanprofit.net | Oct 28 2020 02:27:00 | American Profit Recovery, 34405 W 12 Mile Rd Ste 379, Farmington Hills, MI 48331-5608 |
| 14089558 | Email/Text: jsanders@cksfin.com | Oct 28 2020 02:25:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 14120763 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14096488 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:15:54 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14089553 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:14:07 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14096489 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:15:54 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14089554 | Email/Text: ebn@carepayment.com | Oct 28 2020 02:28:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14118740 | + Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:26:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14089559 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 14089560 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14096493 | Email/Text: ccusa@ccuhome.com | Oct 28 2020 02:23:00 | Credit Collections USA, 256 Greenbag Rd Ste 1, Morgantown, WV 26501-7158 |
| 14096496 | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2020 02:26:00 | Department of Education/NELNET, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14089556 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:14:05 | Chase Bank USA, N.A., PO Box 94014, Palatine, IL 60094-4014 |
| 14096490 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:15:52 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14089570 | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14089571 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2020 02:25:00 | Midland Credit Management, Inc., PO Box 939050, San Diego, CA 92193-9050 |
| 14096499 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2020 02:25:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14096501 | | Email/Text: bnc@nordstrom.com | Oct 28 2020 02:24:31 | Nordstrom FSB, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14089577 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:14:12 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14096500 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:14:12 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-0914 |
| 14413128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:15:59 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14089575 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:15:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14098129 | | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:14 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14095059 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 02:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14089578 | | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:20:15 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14952285 | + | Email/PDF: clerical@simmassociates.com | Oct 28 2020 01:15:58 | SIMM Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14096503 | | Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14096504 | | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:45 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14150239 | | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:45 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14089583 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2020 02:26:00 | Td Bank, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:14:07 | World's Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | NATIONSTAR MORTGAGE LLC, P.O. Box 60516, City of Industry, CA 91716-0516 |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14658255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14125688 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14089547 | ## | Abrahamsen Ratchford, PC, 409 Lackawanna Ave Ste 3C, Scranton, PA 18503-2059 |
| 14089551 | ## | American Student Assistance, 100 Cambridge St Ste 1600, Boston, MA 02114-2518 |
| 14089562 | ##++++ | ECMC, ATTEN: WAGE GARNISHMENT ADMIN., 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, ECMC, Atten: Wage Garnishment Admin., 1 Imation Pl Bldg 2, Oakdale, MN 55128-3422 |
| jdb | * | Erin Lynne Kaufmann, 142 Chapel View Drive, Greensburg, PA 15601-1002 |

TOTAL: 1 Undeliverable, 5 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com |
| Matthew R. Schimizzi | on behalf of Debtor Mark Charles Kaufmann mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Erin Lynne Kaufmann mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

TOTAL: 9