**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARK CHARLES KAUFMANN<br>ERIN LYNNE KAUFMANN<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:15-22867<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

October 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 08/10/2015 and confirmed on 11/2/15. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 150,122.64 |
| Less Refunds to Debtor | 4,161.72 | |
| TOTAL AMOUNT OF PLAN FUND | | 145,960.92 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 6,574.76 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,574.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 104,924.84 | 0.00 | 104,924.84 |
|   Acct: 3801 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 3,524.26 | 3,524.26 | 0.00 | 3,524.26 |
|   Acct: 3801 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 12,887.09 | 12,887.09 | 1,735.59 | 14,622.68 |
|   Acct: 0177 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 5,314.85 | 5,314.85 | 265.39 | 5,580.24 |
|   Acct: 0000 | | | | |
| | | | | 128,652.02 |
| **Priority** | | | | |
|   MATTHEW SCHIMIZZI ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   MARK CHARLES KAUFMANN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   MARK CHARLES KAUFMANN | 2,278.00 | 2,278.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   MARK CHARLES KAUFMANN | 1,883.72 | 1,883.72 | 0.00 | 0.00 |
|   Acct: | | | | |
|   SCHIMIZZI LAW LLC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 2,340.66 | 94.17 | 0.00 | 94.17 |
|   Acct: 1644 | | | | |
|   AFSA DATA CORP/ACS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   AFSA DATA CORP/ACS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   AFSA DATA CORP/ACS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   ECMC(*) | 101,826.95 | 4,096.86 | 0.00 | 4,096.86 |
|   Acct: 2973 | | | | |
|   CAPITAL ONE NA** | 2,642.42 | 106.31 | 0.00 | 106.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5329 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,095.68 | 84.32 | 0.00 | 84.32 |
| Acct: 9189 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 8,944.05 | 359.85 | 0.00 | 359.85 |
| Acct: 6216 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7620 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1642 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9021 | | | | |
| ECAST SETTLEMENT CORP | 3,740.50 | 150.50 | 0.00 | 150.50 |
| Acct: 2058 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 1,480.36 | 59.56 | 0.00 | 59.56 |
| Acct: 8332 | | | | |
| MIDLAND FUNDING LLC | 1,581.70 | 63.64 | 0.00 | 63.64 |
| Acct: 6854 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 3,567.38 | 143.53 | 0.00 | 143.53 |
| Acct: 7226 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B/ | 615.24 | 24.76 | 0.00 | 24.76 |
| Acct: 5882 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 2,775.77 | 111.68 | 0.00 | 111.68 |
| Acct: 4309 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,612.40 | 64.87 | 0.00 | 64.87 |
| Acct: 9657 | | | | |
| DEBORAH BROOKS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DR KEITH GJEBRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NELNET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECMC(*) | 11,719.52 | 471.51 | 0.00 | 471.51 |
| Acct: 0044 | | | | |
| EXCELA HEALTH WESTMORELAND | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0940 | | | | |
| FAMILY DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5739 | | | | |
| UNITED STATES DEPARTMENT OF EDUC | 16,951.02 | 682.00 | 0.00 | 682.00 |
| Acct: 0044 | | | | |
| LIFE CARE MEDICAL ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4009 | | | | |
| MEDEXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| MILSTEIN MEDICAL GROUP INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MOUNT PLEASANT EMERGENCY SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORDSTROM FSB | 9,408.57 | 378.54 | 0.00 | 378.54 |
| Acct: 3065 | | | | |
| SUKHDEV S GROVER MD ASSOCIATES D | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4004 | | | | |
| STUDENT ASSISTANCE FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,748.05 | 110.56 | 0.00 | 110.56 |
| Acct: 3944 | | | | |
| WESTMORELAND EMERGENCY MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0122 | | | | |
| WESTMORELAND HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5917 | | | | |
| WORLDS FOREMOST BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 8230 | | | | |
|   UNITED STATES DEPARTMENT OF EDUC | 4,380.38 | 176.24 | 0.00 | 176.24 |
|     Acct: 0044 | | | | |
|   UNITED STATES DEPARTMENT OF EDUC | 12,144.28 | 488.61 | 0.00 | 488.61 |
|     Acct: 0044 | | | | |
|   CAVALRY INVESTMENTS LLC - ASSIGNEE | 1,656.08 | 66.63 | 0.00 | 66.63 |
|     Acct: 7574 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 7,734.14 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 136,386.16 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 21,726.20 |
| UNSECURED | 192,231.01 |

Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MARK CHARLES KAUFMANN
    ERIN LYNNE KAUFMANN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-22867

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22867-GLT |
| Mark Charles Kaufmann | Chapter 13 |
| Erin Lynne Kaufmann | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 4 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 76 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Charles Kaufmann, Erin Lynne Kaufmann, 142 Chapel View Drive, Greensburg, PA 15601-1002 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14096483 | | ACS Education Services, 501 Bleecker St, Utica, NY 13501-2401 |
| 14096484 | | ACS/Bank of America, 501 Bleecker St, Utica, NY 13501-2401 |
| 14096485 | | ACS/UHEAA, 302 Willoughby Blvd, Greensboro, NC 27408-3829 |
| 14089548 | | ADP, Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 14089549 | | AlliedInterstate, LLC, PO Box 361563, Columbus, OH 43236-1563 |
| 14128496 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14089555 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14089557 | ++ | CITIBANK, PO BOX 6030, SIOUX FALLS SD 57117-6030 address filed with court:, Citibank, N.A., PO Box 688923, Des Moines, IA 50368-8923 |
| 14096491 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citi Cards, Processing Center, Des Moines, IA 50363 |
| 14096487 | | Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14096492 | | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14096494 | | Deborah Brooks, 10841 Martin Dr, North Huntingdon, PA 15642-4259 |
| 14096495 | | Deith Gjebre, DMD, 510 Pellis Rd Ste 102, Greensburg, PA 15601-4583 |
| 14121072 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14089561 | + | ECMC, PO Box 7096P, St Paul, MN 55107 |
| 14127634 | | ECMC, PO BOX 16408, ST. PAUL MN 55116-0408 |
| 14096497 | | ECMC, PO Box 16478, Saint Paul, MN 55116-0478 |
| 14089563 | + | Excela Health Westmoreland Hospital, 532 W Pittsburgh St, Greensburg, PA 15601-2282 |
| 14089564 | | Family Dentistry, 483 Frye Farm Rd, Greensburg, PA 15601-6480 |
| 14089565 | | Fenton & McGarvey, 2401 Stanley Gault Pkwy, Louisville, KY 40223-4175 |
| 14089566 | | Great Lakes, PO Box 530229, Atlanta, GA 30353-0229 |
| 14096498 | | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 14089567 | | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14089568 | | Lifecare Medical Associates, 9102 Babcock Blvd, Pittsburgh, PA 15237-5819 |
| 14089573 | | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14089569 | | Medexpress, Medexpress Billing Attn # 7964C, PO Box 14000, Belfast, ME 04915-4033 |
| 14125779 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14089572 | | Milstein Medical Group, Inc., 120 Village Dr, Greensburg, PA 15601-3787 |
| 14141938 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 752614-9741 |
| 14089574 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14089576 | | Philips North America, 3000 Minuteman Rd, Andover, MA 01810-1032 |
| 14089579 | | SS Grover MD and Associates, 2640 Pitcairn Rd, Monroeville, PA 15146-3309 |
| 14096502 | | Student Assistance Foundation, PO Box 203101, Helena, MT 59620-3101 |
| 14115141 | + | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14089580 | | United Collection Bureau, Inc., PO Box 1418, Maumee, OH 43537-8418 |
| 14089581 | | Westmoreland Em Med Spec, PO Box 1348, Indiana, PA 15701-5348 |

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 76 |

14089582          Westmoreland Hospital, 134 Industrial Park Rd Ste 2400, Greensburg, PA 15601-7848

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Oct 28 2020 01:14:12 | | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:20:15 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14089552 | Email/Text: legal@arsnational.com | Oct 28 2020 02:24:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 14089550 | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 14093840 | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14093845 | Email/Text: ally@ebn.phinsolutions.com | Oct 28 2020 02:23:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14096486 | Email/Text: bky@americanprofit.net | Oct 28 2020 02:27:00 | American Profit Recovery, 34405 W 12 Mile Rd Ste 379, Farmington Hills, MI 48331-5608 |
| 14089558 | Email/Text: jsanders@cksfin.com | Oct 28 2020 02:25:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 14120763 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14096488 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:15:54 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14089553 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:15:54 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14096489 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:12:23 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14089554 | Email/Text: ebn@carepayment.com | Oct 28 2020 02:28:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14118740 | + Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:26:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14089559 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 14089560 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14096493 | Email/Text: ccusa@ccuhome.com | Oct 28 2020 02:23:00 | Credit Collections USA, 256 Greenbag Rd Ste 1, Morgantown, WV 26501-7158 |
| 14096496 | Email/Text: electronicbkydocs@nelnet.net | Oct 28 2020 02:26:00 | Department of Education/NELNET, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14089556 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:15:52 | Chase Bank USA, N.A., PO Box 94014, Palatine, IL 60094-4014 |
| 14096490 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 01:14:05 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14089570 | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 15-22867-GLT   Doc 125   Filed 10/29/20   Entered 10/30/20 09:33:36   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: dbas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 76 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 28 2020 02:25:00 | Midland Credit Management, Inc., PO Box 939050, San Diego, CA 92193-9050 |
| 14089571 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2020 02:25:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14096499 | | Email/Text: bnc@nordstrom.com | Oct 28 2020 02:24:26 | Nordstrom FSB, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14096501 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:12:29 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14089577 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:15:59 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-0914 |
| 14096500 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:14:12 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14413128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 01:15:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14089575 | | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:13:57 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14098129 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 02:25:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14095059 | | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2020 02:20:15 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14089578 | | Email/PDF: clerical@simmassociates.com | Oct 28 2020 01:15:58 | SIMM Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14952285 | + | Email/Text: bncmail@w-legal.com | Oct 28 2020 02:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14096503 | | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:45 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14096504 | | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:45 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14150239 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2020 02:26:00 | Td Bank, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14089583 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:12:23 | World's Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | NATIONSTAR MORTGAGE LLC, P.O. Box 60516, City of Industry, CA 91716-0516 |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14658255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14125688 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14089547 | ## | Abrahamsen Ratchford, PC, 409 Lackawanna Ave Ste 3C, Scranton, PA 18503-2059 |
| 14089551 | ## | American Student Assistance, 100 Cambridge St Ste 1600, Boston, MA 02114-2518 |
| 14089562 | ##++++ | ECMC, ATTEN: WAGE GARNISHMENT ADMIN., 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, ECMC, Atten: Wage Garnishment Admin., 1 Imation Pl Bldg 2, Oakdale, MN 55128-3422 |
| jdb | * | Erin Lynne Kaufmann, 142 Chapel View Drive, Greensburg, PA 15601-1002 |

TOTAL: 1 Undeliverable, 5 Duplicate, 3 Out of date forwarding address

District/off: 0315-2     User: dbas     Page 4 of 4
Date Rcvd: Oct 27, 2020     Form ID: pdf900     Total Noticed: 76

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew F Gornall | on behalf of Creditor NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com   kevin.shatley@padgettlawgroup.com |
| Matthew R. Schimizzi | on behalf of Debtor Mark Charles Kaufmann mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Erin Lynne Kaufmann mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com |

TOTAL: 9