**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Charles Kaufmann** | Social Security number or ITIN  xxx–xx–0044 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Erin Lynne Kaufmann** | Social Security number or ITIN  xxx–xx–2973 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **15–22867–GLT**

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Charles Kaufmann                                    Erin Lynne Kaufmann
                                                                              fka Erin Lynne Miller

12/15/20                                                            **By the court:**   Gregory L. Taddonio
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                                **Chapter 13 Discharge**                                page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22867-GLT |
| Mark Charles Kaufmann | Chapter 13 |
| Erin Lynne Kaufmann | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 5 |
| Date Rcvd: Dec 15, 2020 | Form ID: 3180W | Total Noticed: 79 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Charles Kaufmann, Erin Lynne Kaufmann, 142 Chapel View Drive, Greensburg, PA 15601-1002 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14096483 | | ACS Education Services, 501 Bleecker St, Utica, NY 13501-2401 |
| 14096484 | | ACS/Bank of America, 501 Bleecker St, Utica, NY 13501-2401 |
| 14096485 | | ACS/UHEAA, 302 Willoughby Blvd, Greensboro, NC 27408-3829 |
| 14089548 | | ADP, Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 14089549 | | AlliedInterstate, LLC, PO Box 361563, Columbus, OH 43236-1563 |
| 14089555 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14096487 | | Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14096494 | | Deborah Brooks, 10841 Martin Dr, North Huntingdon, PA 15642-4259 |
| 14096495 | | Deith Gjebre, DMD, 510 Pellis Rd Ste 102, Greensburg, PA 15601-4583 |
| 14089561 | + | ECMC, PO Box 7096P, St Paul, MN 55107 |
| 14089563 | + | Excela Health Westmoreland Hospital, 532 W Pittsburgh St, Greensburg, PA 15601-2282 |
| 14089564 | | Family Dentistry, 483 Frye Farm Rd, Greensburg, PA 15601-6480 |
| 14089565 | | Fenton & McGarvey, 2401 Stanley Gault Pkwy, Louisville, KY 40223-4175 |
| 14089566 | | Great Lakes, PO Box 530229, Atlanta, GA 30353-0229 |
| 14096498 | | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 14089568 | | Lifecare Medical Associates, 9102 Babcock Blvd, Pittsburgh, PA 15237-5819 |
| 14089573 | | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14089569 | | Medexpress, Medexpress Billing Attn # 7964C, PO Box 14000, Belfast, ME 04915-4033 |
| 14125779 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14089572 | | Milstein Medical Group, Inc., 120 Village Dr, Greensburg, PA 15601-3787 |
| 14141938 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 752614-9741 |
| 14089574 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14089576 | | Philips North America, 3000 Minuteman Rd, Andover, MA 01810-1032 |
| 14089579 | | SS Grover MD and Associates, 2640 Pitcairn Rd, Monroeville, PA 15146-3309 |
| 14096502 | | Student Assistance Foundation, PO Box 203101, Helena, MT 59620-3101 |
| 14115141 | + | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14089580 | | United Collection Bureau, Inc., PO Box 1418, Maumee, OH 43537-8418 |
| 14089581 | | Westmoreland Em Med Spec, PO Box 1348, Indiana, PA 15701-5348 |
| 14089582 | | Westmoreland Hospital, 134 Industrial Park Rd Ste 2400, Greensburg, PA 15601-7848 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 16 2020 05:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

Case 15-22867-GLT    Doc 129    Filed 12/17/20    Entered 12/18/20 00:57:21    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0315-2 | User: mgut | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: 3180W | Total Noticed: 79 |

| | | | |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 16 2020 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2020 05:58:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| | | Dec 16 2020 04:47:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: PRA.COM | Dec 16 2020 05:58:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | EDI: RECOVERYCORP.COM | Dec 16 2020 05:58:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + Email/Text: bncmail@w-legal.com | Dec 16 2020 04:48:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14089552 | EDI: ARSN.COM | Dec 16 2020 05:53:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 14089550 | EDI: GMACFS.COM | Dec 16 2020 05:53:00 | Ally, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 14093840 | EDI: GMACFS.COM | Dec 16 2020 05:53:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14093845 | EDI: GMACFS.COM | Dec 16 2020 05:53:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14096486 | Email/Text: bky@americanprofit.net | Dec 16 2020 04:48:00 | American Profit Recovery, 34405 W 12 Mile Rd Ste 379, Farmington Hills, MI 48331-5608 |
| 14128496 | EDI: BL-BECKET.COM | Dec 16 2020 05:58:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14096491 | EDI: CITICORP.COM | Dec 16 2020 05:53:00 | Citi Cards, Processing Center, Des Moines, IA 50363 |
| 14089557 | EDI: CITICORP.COM | Dec 16 2020 05:53:00 | Citibank, N.A., PO Box 688923, Des Moines, IA 50368-8923 |
| 14089558 | EDI: CKSFINANCIAL.COM | Dec 16 2020 05:58:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 14120763 | + EDI: WFNNB.COM | Dec 16 2020 05:53:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14096488 | EDI: CAPITALONE.COM | Dec 16 2020 05:53:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14089553 | EDI: CAPITALONE.COM | Dec 16 2020 05:53:00 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14096489 | EDI: CAPITALONE.COM | Dec 16 2020 05:53:00 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14089554 | Email/Text: ebn@carepayment.com | Dec 16 2020 04:48:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14118740 | + Email/Text: bankruptcy@cavps.com | Dec 16 2020 04:48:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14096492 | EDI: CITICORP.COM | Dec 16 2020 05:53:00 | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14089559 | EDI: WFNNB.COM | Dec 16 2020 05:53:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |

| District/off: 0315-2 | User: mgut | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: 3180W | Total Noticed: 79 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 14089560 | EDI: WFNNB.COM | Dec 16 2020 05:53:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14096493 | EDI: CCUSA.COM | Dec 16 2020 05:53:00 | Credit Collections USA, 256 Greenbag Rd Ste 1, Morgantown, WV 26501-7158 |
| 14096496 | Email/Text: electronicbkydocs@nelnet.net | Dec 16 2020 04:48:00 | Department of Education/NELNET, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14121072 | EDI: ECAST.COM | Dec 16 2020 05:53:00 | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14127634 | EDI: ECMC.COM | Dec 16 2020 05:58:00 | ECMC, PO BOX 16408, ST. PAUL MN 55116-0408 |
| 14089562 | EDI: ECMC.COM | Dec 16 2020 05:58:00 | ECMC, Atten: Wage Garnishment Admin., 1 Imation Pl Bldg 2, Oakdale, MN 55128-3422 |
| 14096497 | EDI: ECMC.COM | Dec 16 2020 05:58:00 | ECMC, PO Box 16478, Saint Paul, MN 55116-0478 |
| 14089567 | EDI: IIC9.COM | Dec 16 2020 05:58:00 | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14089556 | EDI: JPMORGANCHASE | Dec 16 2020 05:53:00 | Chase Bank USA, N.A., PO Box 94014, Palatine, IL 60094-4014 |
| 14096490 | EDI: JPMORGANCHASE | Dec 16 2020 05:53:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14089570 | EDI: MID8.COM | Dec 16 2020 05:58:00 | Midland Credit Management, Inc., PO Box 939050, San Diego, CA 92193-9050 |
| 14089571 | EDI: MID8.COM | Dec 16 2020 05:58:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14096499 | Email/Text: bnc@nordstrom.com | Dec 16 2020 04:47:49 | Nordstrom FSB, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14096501 | EDI: PRA.COM | Dec 16 2020 05:58:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14089577 | EDI: PRA.COM | Dec 16 2020 05:58:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-0914 |
| 14096500 | EDI: PRA.COM | Dec 16 2020 05:58:00 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14413128 | EDI: PRA.COM | Dec 16 2020 05:58:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14089575 | EDI: RMSC.COM | Dec 16 2020 05:53:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14098129 | EDI: Q3G.COM | Dec 16 2020 05:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14095059 | EDI: RECOVERYCORP.COM | Dec 16 2020 05:58:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14089578 | Email/PDF: clerical@simmassociates.com | Dec 16 2020 04:40:21 | SIMM Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14952285 | + Email/Text: bncmail@w-legal.com | Dec 16 2020 04:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14096503 | EDI: RMSC.COM | Dec 16 2020 05:53:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14096504 | EDI: RMSC.COM | Dec 16 2020 05:53:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |

District/off: 0315-2 | User: mgut | Page 4 of 5
Date Rcvd: Dec 15, 2020 | Form ID: 3180W | Total Noticed: 79

| | | | | |
|---|---|---|---|---|
| 14150239 | + EDI: JEFFERSONCAP.COM | | Dec 16 2020 05:58:00 | Td Bank, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14089583 | EDI: CAPITALONE.COM | | Dec 16 2020 05:53:00 | World's Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | NATIONSTAR MORTGAGE LLC, P.O. Box 60516, City of Industry, CA 91716-0516 |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14658255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14125688 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14089547 | ## | Abrahamsen Ratchford, PC, 409 Lackawanna Ave Ste 3C, Scranton, PA 18503-2059 |
| 14089551 | ## | American Student Assistance, 100 Cambridge St Ste 1600, Boston, MA 02114-2518 |

TOTAL: 1 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Matthew R. Schimizzi | on behalf of Debtor Mark Charles Kaufmann mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Erin Lynne Kaufmann mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 5 of 5 |
| Date Rcvd: Dec 15, 2020 | Form ID: 3180W | Total Noticed: 79 |

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 9