**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/15/20 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MARK CHARLES KAUFMANN
ERIN LYNNE KAUFMANN
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 15-22867

Chapter 13

Related to Docket No. 122

ORDER OF COURT

AND NOW, this _____15th Day of December, 2020_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22867-GLT |
| Mark Charles Kaufmann | Chapter 13 |
| Erin Lynne Kaufmann | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 4 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 76 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Charles Kaufmann, Erin Lynne Kaufmann, 142 Chapel View Drive, Greensburg, PA 15601-1002 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14096483 | | ACS Education Services, 501 Bleecker St, Utica, NY 13501-2401 |
| 14096484 | | ACS/Bank of America, 501 Bleecker St, Utica, NY 13501-2401 |
| 14096485 | | ACS/UHEAA, 302 Willoughby Blvd, Greensboro, NC 27408-3829 |
| 14089548 | | ADP, Wage Garnishments, PO Box 221230, El Paso, TX 79913-4230 |
| 14089549 | | AlliedInterstate, LLC, PO Box 361563, Columbus, OH 43236-1563 |
| 14128496 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14089555 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14096491 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citi Cards, Processing Center, Des Moines, IA 50363 |
| 14089557 | ++ | CITIBANK, PO BOX 6030, SIOUX FALLS SD 57117-6030 address filed with court:, Citibank, N.A., PO Box 688923, Des Moines, IA 50368-8923 |
| 14096487 | | Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14096492 | | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14096494 | | Deborah Brooks, 10841 Martin Dr, North Huntingdon, PA 15642-4259 |
| 14096495 | | Deith Gjebre, DMD, 510 Pellis Rd Ste 102, Greensburg, PA 15601-4583 |
| 14121072 | | ECAST SETTLEMENT CORPORATION, ASSIGNEE, OF CITIBANK, N.A., POB 29262, NEW YORK, NY 10087-9262 |
| 14089561 | + | ECMC, PO Box 7096P, St Paul, MN 55107 |
| 14127634 | | ECMC, PO BOX 16408, ST. PAUL MN 55116-0408 |
| 14096497 | | ECMC, PO Box 16478, Saint Paul, MN 55116-0478 |
| 14089563 | + | Excela Health Westmoreland Hospital, 532 W Pittsburgh St, Greensburg, PA 15601-2282 |
| 14089564 | | Family Dentistry, 483 Frye Farm Rd, Greensburg, PA 15601-6480 |
| 14089565 | | Fenton & McGarvey, 2401 Stanley Gault Pkwy, Louisville, KY 40223-4175 |
| 14089566 | | Great Lakes, PO Box 530229, Atlanta, GA 30353-0229 |
| 14096498 | | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 14089567 | | I.C. System, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 14089568 | | Lifecare Medical Associates, 9102 Babcock Blvd, Pittsburgh, PA 15237-5819 |
| 14089573 | | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 14089569 | | Medexpress, Medexpress Billing Attn # 7964C, PO Box 14000, Belfast, ME 04915-4033 |
| 14125779 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14089572 | | Milstein Medical Group, Inc., 120 Village Dr, Greensburg, PA 15601-3787 |
| 14141938 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 752614-9741 |
| 14089574 | | Nationstar Mortgage, PO Box 60516, City of Industry, CA 91716-0516 |
| 14089576 | | Philips North America, 3000 Minuteman Rd, Andover, MA 01810-1032 |
| 14089579 | | SS Grover MD and Associates, 2640 Pitcairn Rd, Monroeville, PA 15146-3309 |
| 14096502 | | Student Assistance Foundation, PO Box 203101, Helena, MT 59620-3101 |
| 14115141 | + | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14089580 | | United Collection Bureau, Inc., PO Box 1418, Maumee, OH 43537-8418 |
| 14089581 | | Westmoreland Em Med Spec, PO Box 1348, Indiana, PA 15701-5348 |

| District/off: 0315-2 | User: mgut | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 76 |

| | | |
|---|---|---|
| 14089582 | | Westmoreland Hospital, 134 Industrial Park Rd Ste 2400, Greensburg, PA 15601-7848 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 04:40:07 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2020 04:28:24 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + Email/Text: bncmail@w-legal.com | Dec 16 2020 04:48:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14089552 | Email/Text: legal@arsnational.com | Dec 16 2020 04:47:00 | ARS National Services, Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 14089550 | Email/Text: ally@ebn.phinsolutions.com | Dec 16 2020 04:46:00 | Ally, Payment Processing Center, PO Box 9001951, Louisville, KY 40290-1951 |
| 14093840 | Email/Text: ally@ebn.phinsolutions.com | Dec 16 2020 04:46:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14093845 | Email/Text: ally@ebn.phinsolutions.com | Dec 16 2020 04:46:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14096486 | Email/Text: bky@americanprofit.net | Dec 16 2020 04:48:00 | American Profit Recovery, 34405 W 12 Mile Rd Ste 379, Farmington Hills, MI 48331-5608 |
| 14089558 | Email/Text: jsanders@cksfin.com | Dec 16 2020 04:47:00 | CKS Financial, PO Box 2856, Chesapeake, VA 23327-2856 |
| 14120763 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 04:47:00 | COMENITY CAPITAL BANK, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14096488 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 16 2020 04:33:55 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14089553 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 16 2020 04:39:57 | Capital One Bank, USA, NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 14096489 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 16 2020 04:33:55 | Capital One Bank, USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14089554 | Email/Text: ebn@carepayment.com | Dec 16 2020 04:48:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 14118740 | + Email/Text: bankruptcy@cavps.com | Dec 16 2020 04:48:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14089559 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 04:47:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 14089560 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2020 04:47:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14096493 | Email/Text: ccusa@ccuhome.com | Dec 16 2020 04:46:00 | Credit Collections USA, 256 Greenbag Rd Ste 1, Morgantown, WV 26501-7158 |
| 14096496 | Email/Text: electronicbkydocs@nelnet.net | Dec 16 2020 04:48:00 | Department of Education/NELNET, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14089556 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 16 2020 04:39:55 | Chase Bank USA, N.A., PO Box 94014, Palatine, IL 60094-4014 |
| 14096490 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 16 2020 04:39:56 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14089570 | Email/Text: bankruptcydpt@mcmcg.com | | |

Case 15-22867-GLT Doc 130 Filed 12/17/20 Entered 12/18/20 00:57:21 Desc
Imaged Certificate of Notice Page 4 of 5

| District/off: 0315-2 | User: mgut | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 76 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14089571 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2020 04:47:00 | Midland Credit Management, Inc., PO Box 939050, San Diego, CA 92193-9050 |
| 14096499 | | Email/Text: bnc@nordstrom.com | Dec 16 2020 04:47:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| | | | Dec 16 2020 04:47:35 | Nordstrom FSB, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14096501 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 04:34:01 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14089577 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 04:40:07 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-0914 |
| 14096500 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 04:40:07 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4962 |
| 14413128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2020 04:34:02 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14089575 | | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 04:39:54 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14098129 | | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2020 04:47:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14095059 | | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2020 04:28:24 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14089578 | | Email/PDF: clerical@simmassociates.com | Dec 16 2020 04:40:21 | SIMM Associates, Inc., PO Box 7526, Newark, DE 19714-7526 |
| 14952285 | + | Email/Text: bncmail@w-legal.com | Dec 16 2020 04:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14096503 | | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 04:28:03 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14096504 | | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2020 04:39:55 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 14150239 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 16 2020 04:48:00 | Td Bank, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14089583 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 16 2020 04:39:57 | World's Foremost Bank, 4800 NW 1st St Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | NATIONSTAR MORTGAGE LLC, P.O. Box 60516, City of Industry, CA 91716-0516 |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14658255 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO BOX 41067, Norfolk, VA 23541 |
| 14125688 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14089547 | ## | Abrahamsen Ratchford, PC, 409 Lackawanna Ave Ste 3C, Scranton, PA 18503-2059 |
| 14089551 | ## | American Student Assistance, 100 Cambridge St Ste 1600, Boston, MA 02114-2518 |
| 14089562 | ##++++ | ECMC, ATTEN: WAGE GARNISHMENT ADMIN., 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, ECMC, Atten: Wage Garnishment Admin., 1 Imation Pl Bldg 2, Oakdale, MN 55128-3422 |

TOTAL: 1 Undeliverable, 4 Duplicate, 3 Out of date forwarding address

| District/off: 0315-2 | User: mgut | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 76 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor NATIONSTAR MORTGAGE LLC andygornall@latouflawfirm.com |
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor NATIONSTAR MORTGAGE LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Matthew R. Schimizzi | on behalf of Debtor Mark Charles Kaufmann mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Matthew R. Schimizzi | on behalf of Joint Debtor Erin Lynne Kaufmann mrs@schimizzilaw.com G16143@notify.cincompass.com;lms@schimizzilaw.com;rws@schimizzilaw.com;kmg@schimizzilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 9